IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAQUEL LEE CARPENTER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO.  22-3025 |

## ORDER

**AND NOW**, this 17th day of February 2023, upon consideration of Plaintiff's Request for Review (Document No. 8), the Commissioner's Response (Document No. 9), Plaintiff's Reply (Document No. 10) and the Court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review is **DENIED**.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge